914

No. 82–2019. WEECH ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–2100. BEHREND ET AL. *v.* GOVERNMENT NATIONAL MORTGAGE ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6789. JONES *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 82–6797. BLOCH *v.* AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 82–6811. PIROLLI *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 82–6903. LATNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6919. WAYNE *v.* RAINES, ADMINISTRATOR, ARIZONA CORRECTIONAL TRAINING CENTER-TUCSON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–6920. SNEAD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–6975. RODRIGUEZ *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 83–86. S. E. NICHOLS OF OHIO, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 83–114. GALVAN ET AL. *v.* UNITED STATES; and
No. 83–123. JAMARDO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 702 F. 2d 1315.

No. 83–120. NEW YORK RACING ASSN., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–129. HOLLOWAY ET AL. *v.* VALLEY ET AL.; and
No. 83–289. RAPIDES PARISH SCHOOL BOARD ET AL. *v.* VALLEY ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 702 F. 2d 1221.